FORM 3

UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| KUMHO TIRE (VIETNAM) CO., LTD., <br><br>                    Plaintiff <br> v. <br> UNITED STATES, <br><br>                    Defendant. | **SUMMONS** <br> Court No. 21-00397 |

TO:  The Attorney General, the Department of Commerce, and/or the Commissioner of U.S. Customs and Border Protection, and/or the United States International Trade Commission:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(c) to contest the determination described below.

/s/ Mario Toscano
Clerk of the Court

---

1. The plaintiff in this action is Kumho Tire (Vietnam) Co., Ltd., which is a foreign manufacturer and exporter of the merchandise that is the subject of the determination being contested.  Plaintiff is, therefore, an interested party as described in 19 U.S.C. § 1677(9) and has standing to bring this action under 19 U.S.C. § 1516a(d) and 28 U.S.C. § 2631(c).
   (Name and standing of plaintiff)

2. Plaintiff contests certain aspects of the final results by the U.S. Department of Commerce in the countervailing duty investigation of Passenger Vehicle and Light Truck Tires from the Socialist Republic of Vietnam.  *See Passenger Vehicle and Light Truck Tires from the Socialist Republic of Vietnam: Final Affirmative Countervailing Duty Determination*; 86 Fed. Reg. 28566 (May 27, 2021).
   (Brief description of contested determination)

- 2 -

3. The final results of the countervailing duty investigation of Passenger Vehicle and Light Truck Tires from Vietnam were set forth in a document signed on May 21, 2021.  The notice was published in the *Federal Register* on May 27, 2021.  The final countervailing duty order was published on July 19, 2021.  *See Passenger Vehicle and Light Truck Tires from the Socialist Republic of Vietnam: Countervailing Duty Order*; 86 Fed. Reg. 38013 (July 19, 2021).
(Date of determination)

4. The final results of the countervailing duty investigation of Passenger Vehicle and Light Truck Tires from Vietnam were published in the *Federal Register* at 86 Fed. Reg. 28566 on May 27, 2021.  The final countervailing duty order was published in the *Federal Register* at 86 Fed. Reg. 38013 on July 19, 2021.
(If applicable, date of publication in Federal Register of notice of contested determination)

Jeffrey M. Winton
WINTON & CHAPMAN PLLC
1900 L Street, N.W., Suite 611
Washington, DC  20036
Telephone:  (202) 774-5503
Email:  jwinton@jmwinton.com

Attorney for Plaintiff Kumho Tire (Vietnam) Co., Ltd.

  /s/Jeffrey M. Winton
Signature of Plaintiff's Attorney

  August 11, 2021
Date

## SERVICE OF SUMMONS BY THE CLERK

If this action, described in 28 U.S.C. § 1581(c), is commenced to contest a determination listed in section 516A(a)(2) or (3) of the Tariff Act of 1930, the action is commenced by filing a summons only, and the clerk of the court is required to make service of the summons. For that purpose, list below the complete name and mailing address of each defendant to be served.

(As amended July 21, 1986, eff. Oct. 1, 1986; Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011.)

<u>On behalf of the United States</u>
Attorney-in-Charge
International Trade Field Office
U.S. Department of Justice
National Courts Branch
Room 346
26 Federal Plaza
New York, NY 10278

Supervising Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
1100 L Street, NW
Washington, DC 20530

<u>On behalf of the U.S. Department of Commerce</u>
General Counsel
U.S. Department of Commerce
14th Street & Pennsylvania Ave., NW
Washington, DC 20230

Chief Counsel
Office of the Chief Counsel for Trade
Enforcement and Compliance
International Trade Administration
U.S. Department of Commerce
14th Street & Pennsylvania Ave., NW
Washington, DC 20230