BEFORE THE
UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| KUMHO TIRE (VIETNAM) CO., LTD,<br><br>                               Plaintiff<br><br>                 v.<br><br>UNITED STATES,<br><br>                              Defendant. | Court No. 21-00397 |

COMPLAINT

Plaintiff Kumho Tire (Vietnam) Co., Ltd. ("Plaintiff" or "KTV"), files this complaint to contest the final determination by the U.S. Department of Commerce ("Commerce") in the countervailing duty investigation of Passenger Vehicle and Light Truck Tires ("PVLT Tires") from Vietnam.

JURISDICTION

1. This action arises out of a countervailing duty ("CVD") investigation conducted by Commerce pursuant to Section 701 of the Tariff Act of 1930, as amended (the "Act"), 19 U.S.C. § 1671.  Commerce published notice of the final results of the investigation in the *Federal Register* on May 27, 2021.  *See Passenger Vehicle and Light Truck Tires from the Socialist Republic of Vietnam: Final Affirmative Countervailing Duty Determination*; 86 Fed. Reg. 28566 (May 27, 2021) (hereinafter referred to as the "Final Results").

2. This action is commenced pursuant to Sections 516A(a)(2)(A) and (B)(i) of the Tariff Act of 1930, as amended (the "Act"), 19 U.S.C. §§ 1516a(a)(2)(A) and (B)(i). Consequently, this Court has jurisdiction over this matter by reason of 28 U.S.C.

§ 1581(c), which confers upon the Court exclusive jurisdiction over civil actions commenced under Section 516A of the Act.

PLAINTIFF'S STANDING TO COMMENCE THIS ACTION

3.   Plaintiff is a producer and exporter of passenger vehicle and light truck tires from Vietnam, the subject merchandise at issue in this appeal.  Plaintiff participated as a respondent in the countervailing duty investigation that is the subject of this appeal. Accordingly, Plaintiff is an "interested party" within the meaning of section 771(9)(A) of the Act, as amended, 19 U.S.C. § 1677(9)(A), and has standing to commence this action pursuant to 19 U.S.C. § 1516a(d) and 28 U.S.C. § 2631(c).

TIMELINESS OF THIS ACTION

4.   On May 27, 2021, the *Final Results* were published in the *Federal Register*.  *See Passenger Vehicle and Light Truck Tires from the Socialist Republic of Vietnam: Final Affirmative Countervailing Duty Determination*; 86 Fed. Reg. 28566 (May 27, 2021).  The final countervailing duty order was published on July 19, 2021.  *See Passenger Vehicle and Light Truck Tires from the Socialist Republic of Vietnam: Countervailing Duty Order*; 86 Fed. Reg. 38013 (July 19, 2021).

5.   Plaintiff initiated this action by filing a summons on August 11, 2021, and filling this complaint on September 8, 2021, both within the time specified by Section 516A(a)(2) of the Act, 19 U.S.C. § 1516a(a)(2)(B), 28 U.S.C. § 2636(c), and Rule 3(a)(2) of the Rules of this Court, which permit parties to challenge the final results of a countervailing duty investigation that results in a countervailing duty order by filing a summons within 30 days after publication of the countervailing duty order, and a complaint within 30 days thereafter.

## STATEMENT OF FACTS

6. On May 13, 2020, the United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers International Union, AFL-CIO, CLC filed a petition with Commerce and the U.S. International Trade Commission alleging, *inter alia*, that Vietnamese PVLT Tires producers were receiving unlawful subsidies from the Government of Vietnam ("GOV"). Commerce published a notice of initiation of the CVD investigation on June 29, 2020. *See Passenger Vehicle and Light Truck Tires from the Socialist Republic of Vietnam: Initiation of Countervailing Duty Investigation*, 85 Fed. Reg. 38850 (June 29, 2020).

7. On July 8, 2020, Commerce selected KTV and Sailun (Vietnam) Co., Ltd. as the mandatory respondents. In accordance with the schedule established by Commerce, KTV timely submitted its responses to Commerce's affiliation, initial, and supplemental questionnaires. On November 10, 2020, Commerce issued the preliminary affirmative determination in which it calculated a 10.08 percent *ad valorem* subsidy for KTV. Commerce issued a supplemental questionnaire on January 21, 2021, and a questionnaire in lieu of verification on February 18, 2021. KTV submitted timely responses to both questionnaires. Interested parties submitted their case briefs and rebuttal briefs in March 2021. On May 21, 2021, Commerce issued a final affirmative determination in which it calculated a 7.89 percent *ad valorem* subsidy for KTV. On July 19, 2021, a countervailing duty order was issued.

8. This appeal followed.

STATEMENT OF CLAIMS

9. In this appeal, Plaintiff challenges Commerce's final determination in the countervailing duty investigation on Passenger Vehicle and Light Truck Tires from Vietnam.

10. Commerce's final determination in the countervailing duty investigation on Passenger Vehicle and Light Truck Tires from Vietnam was arbitrary and capricious, unsupported by substantial evidence on the record, or otherwise not in accordance with law for the following reasons, among others:

(1) Commerce's determination that Plaintiff received countervailable subsidies relating to its land-use rights, even though Plaintiff's acquisition of such rights pre-dated Vietnam's accession to the World Trade Organization, was arbitrary and capricious, unsupported by substantial evidence on the record, or otherwise not in accordance with law.

(2) Commerce's determination to impose countervailing duties to address foreign-government's currency practices was arbitrary and capricious, unsupported by substantial evidence on the record, or otherwise not in accordance with law.

(3) Commerce's determination that Plaintiff received countervailable subsidies under the GOV's Import-Duty Exemptions Program for Imported Inputs Used in Exported Products was arbitrary and capricious, unsupported by substantial evidence on the record, or otherwise not in accordance with law.

<u>Demand for Judgment</u>

11.  WHEREFORE, Plaintiff respectfully requests this Court to:

(1)  Declare Commerce's *Final Results* to be arbitrary and capricious, unsupported by substantial evidence, and otherwise not in accordance with law;

(2)  Remand this matter to Commerce for disposition in a manner consistent with the judgment of this Court; and

(3)  Provide such other relief as this Court deems appropriate.

Respectfully submitted,

/s/Jeffrey M. Winton
Jeffrey M. Winton
Vi N. Mai

Winton & Chapman PLLC
1900 L. St., N.W., Suite 611
Washington, DC  20036
(202) 774-5500

Attorneys for Kumho Tire (Vietnam) Co., Ltd.

Dated:  September 08, 2021

CERTIFICATE OF SERVICE

I hereby certify that a copy of the Complaint is being served on this 8th day of September, 2021, by certified mail, return-receipt requested, on the following parties:

Attorney-in-Charge
International Trade Field Office
U.S. Department of Justice
National Courts Branch
26 Federal Plaza
Room 346
New York, NY 10278

Supervising Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
1100 L Street, N.W.
Washington, DC 20530

General Counsel
U.S. Department of Commerce
Mail Stop 5875 HCHB
14th Street & Constitution Ave., N.W.
Washington, DC 20230

Chief Counsel
Office of the Chief Counsel for Trade Enforcement and Compliance
International Trade Administration
U.S. Department of Commerce
1401 Constitution Ave., N.W.
Washington, DC 20230

Roger B. Schagrin, Esq.
Schagrin Associates
900 7th Street, NW
Suite 500
Washington, DC 20001

Daniel Cannistra, Esq.
Crowell & Moring LLP
1001 Pennsylvania Avenue, NW
Washington, DC 20004-2595

Thomas Trendl, Esq.
Steptoe & Johnson LLP
1330 Connecticut Avenue, NW
Washington, DC 20036-1795

Andrew T. Schutz, Esq.
Grunfeld Desiderio Lebowitz Silverman Klestadt, LLP
1201 New York Ave., NW
Suite 650
Washington, DC 20005

Jonathan Thomas Stoel, Esq.
Hogan Lovells US LLP
555 Thirteenth Street, NW
Washington, DC 20004

Matthew R. Nicely, Esq.
Akin Gump Strauss Hauer & Feld LLP
2001 K Street, NW
Washington, DC 20006-1037

Bui Huy Son
Embassy of Vietnam - Trade office
1730 M Street, N.W.
Suite 501
Washington DC 20036

Leah Scarpelli
Arent Fox LLP
1717 K Street, NW
Washington, DC 20006-5344

Brady W. Mills, Esq.
Morris, Manning & Martin, LLP
1401 I Street, NW
Suite 600
Washington, DC 20005

/s/ Jeffrey M. Winton
Jeffrey M. Winton