**FORM 1. Notice of Appeal from a United States Federal Court (District Court, Court of Appeals for**    **Form 1**
**Veterans Claims, Court of Federal Claims (non-vaccine appeals), and Court of International Trade)**    **March 2023**

# UNITED STATES

# COURT OF INTERNATIONAL TRADE

## <u>NOTICE OF APPEAL</u>

Notice is hereby given that the appellant(s) listed below hereby appeal(s) the below-noted case to the United States Court of Appeals for the Federal Circuit.

Case number being appealed:    1:21-cv-00397-TMR

Case title being appealed:    Kumho Tire (Vietnam) Co., Ltd. v. United States

Date of final judgment or order being appealed:    08/22/2025

**List all Appellants** (List each party filing this appeal.  Do not use "et al." or other abbreviations.  Attach continuation pages if necessary.)

Kumho Tire (Vietnam) Co., Ltd.

Date: 10/21/2025

Signature: /s/ Jeffrey M. Winton

Name: Winton & Chapman PLLC

Address: 1100 13th St., N.W., Suite 825

Washington, DC 20005

Phone Number: 202-774-5503

Email Address: jwinton@winton.law